UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   v.<br>JESSE SANCHEZ,<br><br>           Defendant. | Case No. 3:14-cr-00090-HDM-VPC<br><br>ORDER |

On February 2, 2021, the government applied for, and the court granted, an *ex parte* writ of continuing garnishment as to the judgment debtor, defendant Jesse Sanchez. (ECF Nos. 40 & 41). In response, Sanchez has filed an affidavit of exemptions. (ECF No. 43). He has not requested a hearing. (*Id.* at 3). The garnishee has also timely filed an answer. (ECF No. 44). Neither the government nor Sanchez has filed an objection to the garnishee's answer, and the time for doing so has expired.

Because Sanchez does not request a hearing, the court addresses his claimed exemption and other objections and directs the government to submit a proposed final order of garnishment consistent with the terms of this order.

First, Sanchez asserts that he is entitled to an exemption for child support. The answer reflects that the judgment debtor's wages are currently subject to garnishment for the payment of child support in the amount of $560.77 for each biweekly paycheck. The government does not dispute that this amount is exempt from garnishment under 26 U.S.C. § 6334(a)(8). The court therefore

1

concludes that the amount of $560.77 from Sanchez's biweekly paychecks is exempt from garnishment.

Second, Sanchez asserts that the writ was improperly issued due to "costed [sic] of living." The relevant statutory provisions limit garnishment to 25 percent of the judgment debtor's nonexempt disposable earnings. 15 U.S.C. § 1673(a). This contention is not therefore a basis for quashing the writ of garnishment.

Finally, Sanchez asserts that he does not own the property taken. This contention is entirely without merit. The answer confirms that the garnishee pays Sanchez wages for work performed. He therefore owns the wages, and they are subject to garnishment.

The court finds Sanchez's child support obligations are exempt from garnishment and that the writ of garnishment was properly issued. The government shall submit a proposed final order of garnishment consistent with the terms of this order and all other relevant statutory and legal provisions on or before May 17, 2021.

IT IS SO ORDERED.

DATED: This 5th day of May, 2021.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE