UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>JESSE SANCHEZ,<br><br>　　　　　Defendant. | Case No. 3:14-cr-00090-HDM-VPC<br><br>ORDER |

The government has moved for entry of a final order of garnishment and has submitted a proposed final order of garnishment. (ECF No. 46 & 46-1). Any objections to the proposed order shall be filed no later than May 14, 2021.

IT IS SO ORDERED.

DATED: This 7th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE